# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, *et al.*, | |
| Plaintiffs, | Case No. 2:14-cv-01584-APG-GWF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation and Order to Stay discovery and Extend Deadlines (#35) filed April 22, 2015. The parties requested a stay of discovery pending a decision on the motion for partial dismissal. An Order granting in part and denying in part Defendants' Motion to Dismiss (#6) was filed on April 27, 2015 (#36). Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 9, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 28th day of April, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge