# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:14-cv-01584-APG-GWF |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Motion to Remove Attorney from Service List (#52), filed on July 30, 2015.

Plaintiffs request that attorney Robert L. Langford be removed from the CM/ECF service list for this case. Plaintiffs represent that Langford has left the firm representing the Plaintiffs. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remove Attorney from Service List (#52) is **granted**.

**DATED** this 3rd day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge