# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, *et al.*, | ) |
|     Plaintiffs, | ) Case No. 2:14-cv-01584-APG-GWF |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) |
|     Defendants. | ) |

This matter is before the Court on Plaintiffs' Motion to Extend Discovery Deadlines (#70), filed on October 1, 2015. Defendants' Response (#75) was filed on October 15, 2015.

Plaintiffs request a 60 day extension of the discovery deadlines in order to complete depositions and written discovery. Plaintiffs represent that they have been working diligently to complete discovery. Furthermore, Plaintiffs counsel represents that other matters before this Court will require significant amounts of time to prepare, which will hinder counsel's ability to complete discovery in a timely fashion. Defendants argue that Plaintiffs have been stalling and have delayed discovery by not completing it in a timely manner. Defendants also represent that they do not require an extension of discovery, and request that, if an extension is to be granted, that it be limited to 30 days. Plaintiffs have sufficiently established good cause for the extension, but that the extension will be limited to 30 days, as requested by Defendants. Accordingly,

**IT IS HEREBY ORDERED** the Plaintiffs' Motion to Extend Discovery Deadlines (#70) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **January 27, 2016.**
2. Last date to file interim status report: **November 30, 2015.**

. . .

3. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **November 30, 2015.**

4. Last date to disclose rebuttal experts: **December 28, 2015**.

5. Last date to file dispositive motions: **February 26, 2016.**

6. Last date to file joint pretrial order: **March 28, 2016.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**DATED** this 19th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge