# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, *et al.*, | )<br>) |
| Plaintiffs, | ) Case No. 2:14-cv-01584-APG-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Plaintiffs' Motion to Extend Discovery Deadlines (#97) filed November 20, 2015; Defendants' Response to Plaintiffs' Motion (#101) filed December 3, 2015; and Plaintiffs' Reply to Defendants' Response (#104) filed December 8, 2015.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Discovery Deadlines (#97) is **granted**.  The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery:  **March 27, 2016**
2. Last date to disclose rebuttal experts:  **February 26, 2016**
3. Last date to file dispositive motions:  **April 26, 2016**
4. Last date to file joint pretrial order:  **May 27, 2016**

DATED this 21st day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge