# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, *et al.*, )<br>            Plaintiffs, )<br>vs. )<br>LAS VEGAS METROPOLITAN POLICE )<br>DEPARTMENT, *et al.*, )<br>            Defendants. )<br>_____) | Case No. 2:14-cv-01584-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Protective Order (#67); Defendant's Motion for Protective Order (as to Plaintiff's Notice of Taking Deposition of FRCP 30(B)(6) Witness and Request for Production Nos. 6, 7, 8 (#83); Plaintiff's Motion to Compel Production of Documents Responsive to Request for Production of Documents Nos. 6, 7, 8, 12, 13 (Plaintiff's First Set of Request for Production of Documents to Defendant LVMPD) (#84); Plaintiff's Motion to Compel Defendant LVMPD to Answer Plaintiff Brian Ballentine's Interrogatory No. 3 (#86); and Plaintiff's Motion to Compel Production of Documents Responsive to Request for Production No. 19 (#88). The Court conducted a hearing in this matter on December 9, 2015. The Court further discussed these motions with counsel for the parties during the hearing on December 21, 2015. After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Protective Order (#67); Defendant's Motion for Protective Order (as to Plaintiff's Notice of Taking Deposition of FRCP 30(B)(6) Witness and Request for Production Nos. 6, 7, 8 (#83); Plaintiff's Motion to Compel Production of Documents Responsive to Request for Production of Documents Nos. 6, 7, 8, 12, 13 (Plaintiff's First Set of Request for Production of Documents to Defendant LVMPD) (#84);

Plaintiff's Motion to Compel Defendant LVMPD to Answer Plaintiff Brian Ballentine's Interrogatory No. 3 (#86); and Plaintiff's Motion to Compel Production of Documents Responsive to Request for Production No. 19 (#88) are **granted** in part, and **denied**, for the reasons set forth on the record during the hearings, except as follows:

The Court defers its decision on Plaintiffs' Motion to Compel Production of Documents (#84) with respect to Requests for Production of Documents Nos. 12 and 13.  As discussed during the hearings, the parties will meet and confer regarding the feasibility of producing the requested documents and if production is feasible, how the expense of production should be allocated.  The parties are to file status reports on these requests once they complete their meet and confer process.

DATED this 21st day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge