# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:14-cv-01584-APG-GWF |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Motion to Strike Defendant's Psychiatric Expert (#118) filed December 23, 2015 and Defendants' Non-Opposition to Plaintiffs' Motion to Strike (#123) filed January 6, 2016.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Defendant's Psychiatric Expert (#118) is **granted,** and the motion hearing scheduled for January 27, 2016 at 9:30 a.m. is **vacated**.

DATED this 7th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge