MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
MCLETCHIE SHELL LLC
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; KELLY PATTERSON, an individual; and GAIL SACCO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br><br>Defendants. | Case No.:   2:14-cv-01584-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 174)**<br><br>(FIRST REQUEST) |

COMES NOW Plaintiffs, Brian Ballentine, Catalino Dazo, Kelly Patterson, and Gail Sacco ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Esq. and Alina M. Shell, Esq., with the law firm of McLetchie Shell LLC, with Defendants, Las Vegas Metropolitan Police Department, Detective Christopher T. Tucker, Sergeant Mike Wallace, and Lieutenant John Liberty ("Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq., Nick Crosby, Esq., and Brianna Smith, Esq., with the law firm of Marquis Aurbach Coffing, hereby agree and stipulate to extend the time for Plaintiffs

1

to file their Response to Las Vegas Metropolitan Police Department's Motion for Summary Judgment, which is currently due on December 30, 2016, (*see* ECF No. 174) be extended to and including **January 30, 2017**. This is the first request for an extension of time.

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiffs' interests in this matter. Plaintiffs will file their Response as soon as possible, no later than January 30, 2017.

Dated this 20th day of December, 2016.   Dated this 20th day of December, 2016.

**MCLETCHIE SHELL LLC**                   **MARQUIS AURBACH COFFING**

*/s/ Alina M. Shell*                      */s/ Brianna Smith, Esq.*
Margaret A. McLetchie, NBN 10931          Craig R. Anderson, Esq., NBN 6882
Alina M. Shell, NBN 11711                 Nick Crosby, Esq., NBN 8996
701 East Bridger Avenue, Suite 520        Brianna Smith, Esq., NBN 11795
Las Vegas, NV 89101                       10001 Park Run Drive
*Attorneys for Plaintiffs*                Las Vegas, NV 89145
                                          *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated: December 20, 2016.

_____
U.S. DISTRICT COURT JUDGE

2