# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN BALLENTINE, *et al.*, | Case No. 2:14-cv-01584-APG-GWF |
| Plaintiffs, | |
| v. | **ORDER DIRECTING DEFENDANTS TO FILE UNDER SEAL AN UNREDACTED VERSION OF THEIR REPLY BRIEF** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

The defendants filed a reply to their motion for summary judgment that contains a redacted portion. ECF No. 203. However, the defendants have not filed an unredacted version for the court's review. I therefore direct the defendants to file an unredacted version under seal. The defendants need not file a motion to seal in relation to this filing. The other sealed documents and related motions to seal adequately describe why this portion of the reply brief was redacted.

IT IS THEREFORE ORDERED that the defendants shall file an unredacted version of their reply brief (ECF No. 203) under seal on or before July 25, 2017.

DATED this 18th day of July, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE