UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN BALLENTINE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, <br><br> Defendants. | Case No. 2:14-cv-01584-APG-EJY <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

Based on the parties' Joint Status Report (ECF No. 225),

IT IS ORDERED that any party wishing to file a motion for summary judgment must do so by September 13, 2019. Responses to any filed motions are due by October 4, 2019, and replies are due by October 18, 2019.

DATED this 23rd day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE