Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
MCLETCHIE LAW
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRIAN BALLENTINE, an individual;
CATALINO DAZO, an individual; KELLY
PATTERSON, an individual; and GAIL
SACCO, an individual;

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, in its official capacity;
DETECTIVE CHRISTOPHER T. TUCKER, as
an individual and in his official capacity as a
Las Vegas Metropolitan Police Department
Detective; SERGEANT MIKE WALLACE, as
an individual and in his official capacity as a
Las Vegas Metropolitan Police Department
Sergeant; LIEUTENANT JOHN LIBERTY, as
an individual and in his official capacity as a
Las Vegas Metropolitan Police Department
Lieutenant,

Defendants.

Case. No.: 2:14-cv-01584-APG-EJY

**STIPULATION AND ORDER TO
EXTEND THE DEADLINE FOR
PLAINTIFFS TO FILE THEIR
RESPONSE IN OPPOSITION TO
DEFENDANT TUCKER'S
MOTION FOR SUMMARY
JUDGMENT (ECF No. 227)**

**(FIRST REQUEST)**

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel

of record, hereby stipulate and request that this Court extend the deadline to file the Plaintiffs'

Response to Defendant Tucker's Motion for Summary Judgment (ECF No. 227) in the

ATTORNEYS AT LAW
701 EAST BRIDGER AVE, SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

above-captioned case) an additional twenty-eight (28) days, up to and including November 1, 2019.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This is the first request for an extension of time. This request for extension is based upon the following:

Counsel for Plaintiffs have had deadlines in other matters which interfere with the preparation of their response to Defendant's Motion for Summary Judgment. In particular, counsel are representing the plaintiff in a federal civil rights case in the Central District of California, *Michelle Suzanne Hadley v. City of Anaheim, et al.*, C.D. Dist. Ct. Case No. 8:18-cv-01831-DOC-KES. Discovery in that matter closes on October 17, 2019, and counsel for Plaintiffs will be in the Central District of California conducting depositions in anticipation of the close of discovery. In addition, counsel for Plaintiffs have several deadlines in state court matters which interfere with the preparation of their response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the time for the Plaintiffs to file their Response to Defendant Tucker's Motion for Summary Judgment (ECF No. 227) by twenty-eight (28) days from the current deadline of October 4, 2019 up to and including November 1, 2019.

IT IS SO STIPULATED.

Dated this 2nd day of October, 2019.            Dated this 2nd day of October, 2019.


**MCLETCHIE LAW**                               **MARQUIS AURBACH COFFING**


*/s/ Alina M. Shell*                            */s/ Craig R. Anderson, Esq.*
Margaret A. McLetchie, NBN 10931                Craig R. Anderson, Esq., NBN 6882
Alina M. Shell, NBN 11711                       Nick Crosby, Esq., NBN 8996
701 East Bridger Avenue, Suite 520              10001 Park Run Drive
Las Vegas, NV 89101                             Las Vegas, NV 89145
*Attorneys for Plaintiffs*                      *Attorneys for Defendants*


### ORDER

IT IS SO ORDERED.



_____
UNITED STATES DISTRICT JUDGE
Dated: October 2, 2019.