Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
MCLETCHIE LAW
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; KELLY PATTERSON, an individual; and GAIL SACCO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br><br>Defendants. | Case. No.: 2:14-cv-01584-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE IN OPPOSITION TO DEFENDANT TUCKER'S MOTION FOR SUMMARY JUDGMENT (ECF No. 227)**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Plaintiffs' Response to Defendant Tucker's Motion for Summary Judgment (ECF No. 227) in the above-captioned case) an additional fourteen (14) days, up to and including November 15,

1

2019. The parties further stipulate and request that this Court permit Defendant until December 11, 2019 to file his Reply.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This is the second request for an extension of time. This request for extension is based upon the following:

Counsel for Plaintiffs have had deadlines in other matters in both state and federal court which have interfered with the preparation of their response to Defendant's Motion for Summary Judgment.

WHEREFORE, the parties respectfully request that this Court extend the time for the Plaintiffs to file their Response to Defendant Tucker's Motion for Summary Judgment (ECF No. 227) by fourteen (14) days from the current deadline of November 1, 2019 up to and including November 15, 2019 and Defendant until December 11, 2019 to file his Reply.

IT IS SO STIPULATED.

Dated this 31st day of October, 2019.    Dated this 31st day of October, 2019.

**MCLETCHIE LAW**                         **MARQUIS AURBACH COFFING**

*/s/ Margaret A. McLetchie*               */s/ Craig R. Anderson, Esq.*
Margaret A. McLetchie, NBN 10931          Craig R. Anderson, Esq., NBN 6882
Alina M. Shell, NBN 11711                 Nick Crosby, Esq., NBN 8996
701 East Bridger Avenue, Suite 520        10001 Park Run Drive
Las Vegas, NV 89101                       Las Vegas, NV 89145
*Attorneys for Plaintiffs*                *Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 31, 2019.