MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; and KELLY PATTERSON, an individual;<br>      Plaintiffs,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br>      Defendants. | Case. No.: 2:14-cv-01584-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PRETRIAL ORDER** |

      Plaintiffs Brian Ballentine, Catalino Dazo, and Kelly Patterson ("Plaintiffs"), by and through their counsel Margaret A. McLetchie, Esq. and Defendant Detective Christopher Tucker, by and through his counsel Craig R. Anderson, Esq., hereby stipulate and agree to extend the current deadline to file a Joint Pretrial Order of June 10, 2022 by twenty-one (21) days, up to and including **July 1, 2022**.

      In an April 21, 2022 Order on Mandate (ECF No. 258), this Court set the deadline to submit a Proposed Joint Pretrial Order by May 20, 2022. As reflected in this Court's May 19, 2022 Order (ECF No. 260) the parties stipulated to a three week extension of this

deadline. The parties agree that the requested extension of this deadline is necessary because the caseloads and other responsibilities of counsel for both parties has not allowed them sufficient time to prepare the Joint Pretrial Order by the current deadline.

It is notable that a trial date has not yet been set in this matter, and as such, the trial will not need to be postponed due to the requested extension. This is the second request for an extension of this deadline since this case was remanded to this Court from the Ninth Circuit Court of Appeals. This extension is being sought in good faith and not for the purpose of delay.

DATED this 10th day of June, 2022.　　　　　DATED this 10th day of June, 2022.

/s/ Margaret A. McLetchie　　　　　　　　/s/ Craig R. Anderson
Margaret A. McLetchie, Esq.　　　　　　　Craig R. Anderson, Esq.
Nevada Bar No. 10931　　　　　　　　　　Nevada Bar No. 6882
602 South Tenth Street　　　　　　　　　　MARQUIS AURBACH
Las Vegas, Nevada 89101　　　　　　　　　10001 Park Run Drive
*Counsel for Plaintiffs*　　　　　　　　　　Las Vegas, NV 89145
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 10, 2022