**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; KELLY PATTERSON, an individual; and GAIL SACCO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; and LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br><br>Defendants. | Case Number:<br>2:14-cv-01584-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(FIRST REQUEST)**<br><br>Date of Trial: 4/10/23<br>Time of Trial: 9:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Brian Ballentine, Catalino Dazo and Kelly Patterson ("Plaintiffs"), by and through their attorney of record, Margaret A. McLetchie, Esq. of McLetchie Law and Defendant Christopher Tucker ("Defendant Tucker"), by and through his attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, that the trial currently scheduled to begin on April 10, 2023, (ECF No. 269), be continued to the Court's July 2023 stack.

This Stipulation is entered into for the following reasons:

MAC:05166-824 4998782_1 2/21/2023 1:07 PM

1. Defense counsel has recently learned that Defendant Tucker has military obligations during the current trial dates.

2. In addition, despite Defendant Tucker informing the Ninth Circuit Court of Appeals of the current trial date, the Ninth Circuit Court of Appeals has set oral argument in *Richards v. LVMPD*, 22-15475, for April 12, 2023 in San Francisco, California. Therefore, defense counsel will be unavailable on April 11 or 12, 2023.

3. Due to the above conflicts, the parties have met, conferred and agree that a new trial date be set on the Court's July 2023 trial stack.

4. This is the first stipulation filed to continue the trial date.

IT IS SO STIPULATED this 21st day of February, 2023.

| MARQUIS AURBACH | MCLETCHIE LAW |
|---|---|
| By: *s/Craig R. Anderson* | By: *s/Margaret A. McLetchie* |
| Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendant Tucker | Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>602 South Tenth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiffs |

## ORDER

IT IS SO ORDERED that the trial date of April 10, 2023 be vacated and rescheduled to July 10, 2023 at 9:00 a.m. Calendar call is continued to July 5, 2023 at 9:00 a.m. in Las Vegas courtroom 6C.

IT IS SO ORDERED:

Dated: February 22, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

MAC:05166-824 4998782_1 2/21/2023 1:07 PM