MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; and KELLY PATTERSON, an individual;<br>    Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br><br>    Defendants. | Case No.: 2:14-cv-01584-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>~~STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE AND PROPOSED ORDER~~<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Brian Ballentine, Catalino Dazo, and Kelly Patterson ("Plaintiffs"), by and through their counsel Margaret A. McLetchie, Esq., and Defendant Christopher T. Tucker, by and through his counsel Craig R. Anderson, Esq., that the trial currently scheduled to begin on July 5, 2023, (ECF No. 284) be continued to the Court's December 2023, stack or a date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

1.  Pursuant to ECF No. 285, the Parties met and conferred regarding trial readiness.



2. Counsel for Plaintiffs has an ongoing family medical issue that requires significant time and attention.

3. Counsel for Plaintiffs is going to be out of the jurisdiction during the trial stack currently set for July 5, 2023, to address counsel's family medical emergency.

4. Counsel for Defendants has trial scheduled in another matter during October 2023.

5. Counsel for Defendants is unavailable for trial during November 2023.

6. This is the second stipulation filed to continue the trial date.

7. This extension is being sought in good faith and not for the purpose of delay.

DATED this 6th day of June, 2023.                    DATED this 6th day of June, 2023.

/s/ Margaret A. McLetchie                                   /s/ Craig R. Anderson
Margaret A. McLetchie, Esq.                              Craig R. Anderson, Esq.
Nevada Bar No. 10931                                        Nevada Bar No. 6882
MCLETCHIE LAW                                                MARQUIS AURBACH
602 South Tenth Street                                         10001 Park Run Drive
Las Vegas, Nevada 89101                                    Las Vegas, NV 89145
*Attorney for Plaintiffs*                                          *Attorney for Defendant*

**ORDER**

IT IS SO ORDERED that the trial date of July 10, 2023 be vacated and continued to December 4, 2023 at 9:00 a.m. Calendar call is continued to November 28, 2023 at 9:00 a.m. in Las Vegas courtroom 6C. The June 21, 2023 MTSC is vacated.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: June 7, 2023

2