**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; KELLY PATTERSON, an individual; and GAIL SACCO, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; and LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br><br>                    Defendants. | Case Number:<br>2:14-cv-01584-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(SECOND REQUEST)**<br><br>Date of Trial:  12/04/23<br>Time of Trial: 9:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Brian Ballentine, Catalino Dazo and Kelly Patterson ("Plaintiffs"), by and through their attorney of record, Margaret A. McLetchie, Esq. of McLetchie Law and Defendant Christopher Tucker ("Defendant Tucker"), by and through his attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, that the trial currently scheduled to begin on December 4, 2023, (ECF No. 287), be continued to the Court's March and/or April 2024 stacks.

This Stipulation is entered into for the following reasons:

1.  The parties have met and conferred regarding trial readiness.

MAC:05166-824 5226527_2 9/22/2023 1:17 PM

2. Although the parties agree that the case is ready for trial, Defendants' expert witness is unavailable during the month of December 2023.

3. Counsel for Defendants have a trial scheduled for January 2024 in the Eighth Judicial District Court.

4. Counsel for Plaintiffs also have conflicts in December 2023 and January 2024, including but not limited to several matters where discovery is scheduled to close in that time period.

5. Due to the above conflicts, the parties have met, conferred and agree that a new trial date be set on the Court's March and/or April 2024 trial stacks.

6. This is the second stipulation filed to continue the trial date.

IT IS SO STIPULATED this 22nd day of September, 2023.

| MARQUIS AURBACH | MCLETCHIE LAW |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney for Defendant Tucker | By: *s/Margaret A. McLetchie* <br> Margaret A. McLetchie, Esq. <br> Nevada Bar No. 10931 <br> 602 South Tenth Street <br> Las Vegas, Nevada 89101 <br> Attorney for Plaintiffs |

## ORDER

IT IS SO ORDERED that the November 28, 2023 calendar call is vacated and continued to April 2, 2024 at 9:00 a.m, and the trial date of December 4, 2023 be vacated and continued to April 8, 2024 at 9:00 a.m. in Courtroom 6C.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: September 25, 2023