MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; and KELLY PATTERSON, an individual;<br>Plaintiffs,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br>Defendants. | Case No.: 2:14-cv-01584-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(THIRD REQUEST)**<br><br>**Trial Date: April 8, 2024**<br>**Trial Time: 9:00 a.m.** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Brian Ballentine, Catalino Dazo, and Kelly Patterson ("Plaintiffs"), by and through their counsel Margaret A. McLetchie, Esq., and Defendant Christopher T. Tucker, by and through his counsel Craig R. Anderson, Esq., that the trial currently scheduled to begin on April 8, 2024 (ECF No. 289) be continued to the Court's December 2024 stack or a date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

1. Pursuant to ECF No. 290, the Parties met and conferred regarding trial readiness.

2. Counsel for Plaintiffs has an ongoing family medical issue that requires significant time and attention. Specifically, Ms. McLetchie's mother and Mr. Wolpert's father were diagnosed with terminal illnesses in February 2024.

3. Counsel for Plaintiffs is going to be out of the jurisdiction during the trial stack currently set for April 8, 2024, to address counsel's family medical emergency.

4. This is the third stipulation filed to continue the trial date.

5. This extension is being sought in good faith and not for the purpose of delay.

DATED this 5th day of March, 2024.                    DATED this 5th day of March, 2024.

/s/ Margaret A. McLetchie                             /s/ Craig R. Anderson
Margaret A. McLetchie, Esq.                           Craig R. Anderson, Esq.
Nevada Bar No. 10931                                  Nevada Bar No. 6882
MCLETCHIE LAW                                         MARQUIS AURBACH
602 South Tenth Street                                10001 Park Run Drive
Las Vegas, Nevada 89101                               Las Vegas, NV 89145
*Attorney for Plaintiffs*                             *Attorney for Defendant*

## ORDER

IT IS ORDERED that the trial scheduling conference scheduled for March 19, 2024 is vacated and continued to November 26, 2024 at 9:00 a.m. The calendar call scheduled for April 2, 2024 is vacated and continued to December 10, 2024, 2024 at 9:00 a.m. The trial currently scheduled for April 8, 2024 is vacated and continued to December 16, 2024 at 9:00 a.m. All in Courtroom 6C.

IT IS SO ORDERED:

Dated: March 7, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2