**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendant Det. Christopher Tucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; KELLY PATTERSON, an individual; and GAIL SACCO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; and LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br><br>Defendants. | Case Number:<br>2:14-cv-01584-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>(Fourth Request)<br><br>Date of Trial: 12/16/24<br>Time of Trial: 9:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant Det. Christopher Tucker ("Tucker"), by and through his attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, and Plaintiffs Brian Ballentine, Catalino Dazo, and Kelly Patterson ("Plaintiffs"), by and through their counsel of record, Margaret McLetchie, Esq. of McLetchie Law, that the trial currently scheduled to begin on December 16, 2024 (ECF No. 292) be continued to the Court's March 2025 stack or a date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

MAC: 05166-824 (#5668712.1)

1.	Defense Counsel has just received confirmation Judge Boulware has set a hard trial date of December 2, 2024, in the case of *Lobato v. LVMPD, et. al*, 2:19-cv-01273-RFB-EJY.

2.	The *Lobato* case involves a wrongful conviction lawsuit with the underlying event occurring in July 2001. The case involves out-of-state counsel and numerous out-of-state witnesses. Therefore, Judge Boulware has placed the case first on his December 2, 2024 stack.

3.	Plaintiff's counsel in *Lobato* has estimated this trial lasting 10-14 business days.

4.	In addition, to conflicting with the December 16, 2024 trial date in this case, the *Lobato* trial will require significant preparation time during November 2024 and will not allow adequate time to adequately prepare for this case.

5.	The undersigned has met and conferred with Plaintiffs' counsel who has graciously agreed to the requested continuance.

6.	All counsel are available in March 2025.

Dated this 4th day of November, 2024

MARQUIS AURBACH

By: *s/Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for Defendant

Dated this 4th day of November, 2024

MCLETCHIE LAW

By: *s/Margaret A. McLetchie*
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    602 S. Tenth Street
    Las Vegas, Nevada 89101
    Attorney for Plaintiffs

MAC: 05166-824 (#5668712.1)

**ORDER**

IT IS SO ORDERED that the trial scheduling conference scheduled for November 26, 2024, is vacated and continued to <u>March 4, 2025 at 9:00 a.m.</u>. The calendar call scheduled for December 10, 2024, is vacated and continued to <u>March 18, 2025 at 9:00 a.m.</u>. The trial currently scheduled for December 16, 2024, is vacated and continued to <u>March 24, 2025 at 9:00 a.m</u>. All in Courtroom 6C.

IT IS SO ORDERED.

Dated: November 5, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

MAC: 05166-824 (#5668712.1)