**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; KELLY PATTERSON, an individual; and GAIL SACCO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective.<br><br>Defendants. | Case Number:<br>2:14-cv-01584-APG-EJY<br><br>ORDER GRANTING<br>**JOINT REQUEST FOR TRIAL SETTING** |

The Parties, by and through their attorneys for record hereby files his request for trial setting in this matter:

1. The Parties filed their Joint Pretrial Order on August 8, 2022. (ECF No. 269.)

2. The trial was continued several times and eventually the only remaining defendant, Det. Christopher Tucker, went on active military leave.

3. This case was stayed while Defendant Chris Tucker was on military leave. (ECF No. 299)

4. Det. Tucker has now returned from active duty.

5. The Parties met and conferred on trial availability.

6. The Parties now request a trial setting for the following dates:

   a. The week of October 26, 2026

MAC: 05166-824 (#6202138.1)

b.  The week of December 7, 2026

c.  The week of December 14, 2026

Dated this 9th day of January, 2026.

| MARQUIS AURBACH | MCLETCHIE LAW |
|---|---|
| By: _s/Craig R. Anderson_<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: _s/Margaret A. McLetchie_<br>Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>602 South Tenth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiffs |

ORDER

This case is set for jury trial on the stacked calendar beginning December 12, 2026, at 9:00 a.m. and calendar call will be held on December 8, 2026, at 9:00 a.m. all in Courtroom 6C.

IT IS SO ORDERED:

Dated: January 12, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE