MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LISA A. RASMUSSEN, ESQ., Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com, lisa@nvlitigation.com
*Counsel for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BALLENTINE, an individual; CATALINO DAZO, an individual; and KELLY PATTERSON, an individual;<br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DETECTIVE CHRISTOPHER T. TUCKER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Detective; SERGEANT MIKE WALLACE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Sergeant; LIEUTENANT JOHN LIBERTY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Lieutenant,<br><br>Defendants. | **Case No.:** 2:14-cv-01584-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**[Fifth Request]**<br><br>**Trial Date: December 12, 2026**<br>**Trial Time: 9:00 a.m.** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Brian Ballentine, Catalino Dazo, and Kelly Patterson ("Plaintiffs"), by and through their counsel Margaret A. McLetchie, Esq. and Lisa A. Rasmussen, Esq., and Defendant Christopher T. Tucker, by and through his counsel Craig R. Anderson, Esq., that the trial currently scheduled to begin on December 12, 2026 (ECF No. 301) be continued to April 19, 2027 if convenient for the Court.

This Stipulation is entered into for the following reasons:

1. This case is back before this Court on remand from the Ninth Circuit as of March 2022.

2. Following the remand, the parties made considerable efforts at resolution but were not successful and a trial date was set for later mid-2023.

3. That trial date was extended by stipulation on four prior occasions, the latest of which was because the sole remaining defendant was on active military duty, which caused this Court to stay the case in February 2025. (ECF 297.)

4. In January 2026, the parties filed a notice that Defendant Tucker's military service had concluded, and they requested that the matter be set for trial and provided possible dates. (ECF 300.)

5. This Court then set the trial date for December 12, 2026. (ECF 301.)

6. Ms. Rasmussen will try this case with Ms. McLetchie.

7. Ms. Rasmussen is lead counsel in *State v. Stephen Hall*, a death penalty case pending in the Eighth Judicial District Court. Mr. Hall's case was set to commence trial on August 17, 2026. Due to medical records that the state is still in the process of obtaining, the parties to that matter were forced to raise the issue that they did not believe they could be prepared for trial due to the evidence the state is working to obtain, which is necessary for defense and defense expert review prior to trial. This made the August 17, 2026 untenable as of late July 2026. As a result, Judge Leavitt continued Mr. Hall's trial date to November 23, 2026, the only date that was workable for the state.

8. Mr. Hall's trial is anticipated to last approximately three weeks, but a portion of the first week is Thanksgiving, which leaves Mr. Hall's trial likely finishing early the week of December 12, 2026.

9. Counsel have met and conferred and discussed whether to ask to continue this trial to a start date later that week but ultimately concluded that it will be best to request to move the trial date.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

10. The next dates available for all counsel are late April or May 2027. The parties inquired regarding available dates for this Court and learned that April 19, 2027 is potentially available and would request that date if it is workable for the Court.

11. This is technically the fifth request to continue the trial date, but the first request following the stay of the case.

12. This extension of time is made and good faith and not for the purpose of delay.

DATED this 5th day of August, 2026.

/s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
MCLETCHIE LAW
602 South Tenth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

DATED this 7th day of August, 2026

/s/ Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, NV 89145
*Attorney for Defendant*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**ORDER**

Based upon the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Trial Date presently set for December 12, 2026 shall be vacated and reset to the 19th day of April, 2027 at 9:00 a.m.

IT IS FURTHER ORDERED that the Calendar Call presently set for December 8, 2026 shall also be vacated and rest to the 13th day of April, 2027 at 9:00 a.m. Courtroom 6C.

**IT IS SO ORDERED:**



ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM